```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
Ava Wilkerson
                Plaintiff

            11 Civ. 6429 (RJH)

v.

            ORDER

National Railroad Passenger Corp.
                Defendant
-----------------------------------------------------

A conference was held in this matter on January 6, 2012. While defendant's counsel appeared at the conference, plaintiff's counsel did not.

A second conference has been scheduled for Friday, February 3, 2012, at 10:30AM. Defendant's counsel may appear by telephone, but plaintiff's counsel is instructed to appear in person. If plaintiff's counsel does not appear, the court will entertain a motion by defendant for dismissal with prejudice pursuant to Rule 41(b) for failure to prosecute this case.

            SO ORDERED

            _____
            Richard J. Holwell
            United States District Judge

Dated: January 10, 2012
       New York, New York