UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

AVA WILKERSON

                Plaintiff,

Case No. 11cv 06429

-against-

NATIONAL RAILROAD
PASSENGER CORPORATION    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**PAUL AGUSTÍN KREZ**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PK 3664     My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: KREZ & PEISNER
               FIRM ADDRESS: 225 BROADWAY SUITE 2199
               FIRM TELEPHONE NUMBER: 212 964 5000
               FIRM FAX NUMBER: 212 766 9035

NEW FIRM:   FIRM NAME: KREZ & FLORES
               FIRM ADDRESS: 225 BROADWAY SUITE 705
               FIRM TELEPHONE NUMBER: 212 266 0400
               FIRM FAX NUMBER: 212 724 0011

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/9/2012

ATTORNEY'S SIGNATURE