**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - X
IN THE MATTER OF REASSIGNMENT

NOTICE OF REASSIGNMENT

OF

 CASES FROM HON. RICHARD J. HOLWELL

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      The cases on the attached list are reassigned to the calendar of:

HON. JESSE M. FURMAN

      The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: APRIL 16, 2012


      Ruby J. Krajick, CLERK


      Shante Jones
By: _____
      Deputy Clerk




cc: Attorneys of Record

## Judge Holwell to Judge Furman

02-cv-1095

02-cv-04373

04-cv-03694

04-cv-08918

05-cv-1458

05-cv-02334

06-cv-04778

07-cv-10267

08-cv-03144

08-cv-03545

08-cv-05480

08-cv-06406

08-cv-06932

08-cv-7539

08-cv-07779

09-cv-496

09-cv-01038

09-cv-3847

09-cv-04902

09-cv-05951

09-cv-6359

09-cv-06416

09-cv-06666

09-cv-06669

09-cv-06670

09-cv-06678

09-cv-06694

09-cv-06853

09-cv-06947

09-cv-07879

09-cv-08366

09-cv-08505

09-cv-09687

10-cv-01181

10-cv-01737

10-cv-02224

10-cv-02407

10-cv-02415

10-cv-02649

10-cv-03081

10-cv-03118

10-cv-03471

10-cv-04549

10-cv-05177

10-cv-05414

10-cv-06211

10-cv-07095

10-cv-07458

10-cv-07571

10-cv-07748

10-cv-07910

10-cv-08015

10-cv-08108

10-cv-08133

10-cv-08697

10-cv-08787

10-cv-08804

10-cv-09421

10-cv-09545

10-cv-09660

11-cv-00366

11-cv-00449

11-cv-00676

11-cv-00711

11-cv-00808

11-cv-00928

11-cv-01186

11-cv-01384

11-cv-01459

11-cv-01757

11-cv-02089

11-cv-02167

11-cv-02827

11-cv-02900

11-cv-02911

11-cv-02922

11-cv-03096

11-cv-03168

11-cv-03219

11-cv-03226

11-cv-03267

11-cv-03489

11-cv-03689

11-cv-03743

11-cv-03744

11-cv-03749

11-cv-03822

11-cv-04144

11-cv-04314

11-cv-04349

11-cv-04475

11-cv-04490

11-cv-04533

11-cv-04799

11-cv-04970

11-cv-04971

11-cv-05048

11-cv-05128

11-cv-05130

11-cv-05247

11-cv-05358

11-cv-05371

11-cv-05423

11-cv-05550

11-cv-05622

11-cv-05705

11-cv-05830

11-cv-05834

11-cv-05879

11-cv-05917

11-cv-05960

11-cv-05996

11-cv-06028

11-cv-06166

11-cv-06303

11-cv-06304

11-cv-06421

11-cv-06429

11-cv-06432

11-cv-06588

11-cv-06627

11-cv-06690

11-cv-06708

11-cv-06733

11-cv-06830

11-cv-06846

11-cv-06882

11-cv-07028

11-cv-07186

11-cv-07263

11-cv-07286

11-cv-07344

11-cv-07357

11-cv-07401

11-cv-07417

11-cv-07447

11-cv-07461

11-cv-07473

11-cv-07474

11-cv-07514

11-cv-07530

11-cv-07558

11-cv-07605

11-cv-07635

11-cv-07726

11-cv-07858

11-cv-07919

11-cv-07924

11-cv-08075

11-cv-08194

11-cv-08425

11-cv-08441

11-cv-08500

11-cv-08510

11-cv-08595

11-cv-08715

11-cv-08812

11-cv-08813

11-cv-08818

11-cv-08824

11-cv-08853

11-cv-08869

11-cv-08964

11-cv-08980

11-cv-09177

11-cv-09214

11-cv-09269

11-cv-09348

11-cv-09359

11-cv-09365

11-cv-09387

11-cv-09399

11-cv-09484

11-cv-09509

11-cv-09652

11-cv-09682

11-cv-09684

12-cv-00005

12-cv-00029

12-cv-00138

12-cv-00152

12-cv-00159

12-cv-00185

12-cv-00266

12-cv-00446

12-cv-00497

12-cv-00544

12-cv-00617

12-cv-00716

12-cv-00862

12-cv-00876

12-cv-00920

12-cv-00933