```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AVA WILKERSON,                                              :
                                                            :
                      Plaintiff,                            :
                                                            :
       -v-                                                  :
                                                            :
                                                            :
NATIONAL RAILROAD PASSENGER                                 :
CORPORATION, also known as AMTRAK,                          :
                                                            :
                      Defendant.                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/12

11 Civ. 6429 (JMF)

NOTICE OF INITIAL
<u>PRETRIAL CONFERENCE</u>

JESSE M. FURMAN, District Judge:

      This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on **Friday, May 11, 2012**, at **10:30 a.m.** in **Courtroom 26A** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. All counsel are required to register promptly as filing users on ECF. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference. Additionally, in accordance with the Court's Individual Rules and Practices, which are available at http://nysd.uscourts.gov/judge/Furman, the parties are hereby ORDERED to submit via e-mail (Furman_NYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order **at least three business days prior to the initial pretrial conference**. The parties shall use, insofar as it is applicable, this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at http://nysd.uscourts.gov/judge/Furman. At least three business days prior to the date of the conference, each party must also send the Court one courtesy copy of the party's pleadings. Any open legal issues can be addressed at the conference.

      IT IS FURTHER ORDERED that in addition to the Proposed Civil Case Management Plan and Scheduling Order, the parties each submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs, if applicable:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue do or do not lie in this Court;

    (3)    A statement of all existing deadlines, due dates, and/or cut-off dates;

  (4)  A brief description of any outstanding motions;

  (5)  A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any; and

  (6)  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

  If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

  In accordance with the Court's Individual Rules and Practices, requests for adjournment may be made only by letter and must be received at least 48 hours before the conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

  **Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Furman) forthwith, and (ii) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

  SO ORDERED.

Dated: April 25, 2012
   New York, New York

                _____
                 JESSE M. FURMAN
                United States District Judge